JOHN M. CARPENTER, Respondent, *v.* PATRICK O'DOUGHERTY et al., Appellants.

(Submitted October 6, 1874 ; decided November 10, 1874.)

REPORTED below, 2 New York Supreme Court (T. & C.), 427.

*D. O'Brien* for the appellants.

*John C. McCartin* for the respondent.

Agree to affirm on opinion of TALCOTT, J., in court below.
All concur.
Judgment affirmed.

———

ANSON WILLIS, Appellant, *v.* JAMES WEAVER, Respondent.

(Argued October 6, 1874 ; decided November 10, 1874.)

THIS was an appeal from an order of General Term, setting aside a judgment entered upon a verdict and ordering a new trial. (Reported below, 3 N. Y. S. C. [T. & C.], 757 ; 1 Hun, 121.)

After verdict a motion was made for a new trial, which was denied. No appeal from this order was taken, but plaintiff appealed from the judgment. The opinion of the General Term seemed to indicate the new trial was granted upon questions of fact. *Held,* that the appeal did not bring up the questions of fact for review (*Wright* v. *Hunter,* 46 N. Y., 410) ; and that, as no error of law appeared, the order was erroneous.

*William P. Chambers* for the appellant.

*E. More* for the respondent.

*Per Curiam* memorandum for reversal of order granting new trial and for affirmance of judgment on verdict.
All concur.
Order reversed and judgment accordingly.